Entered: July 30th, 2025
Signed: July 29th, 2025
**SO ORDERED**



Nancy V. Alquist
U. S. BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### Baltimore Division

| | |
|---|---|
| In re: | |
| HEATHER DEMPSEY, | CASE NO. 25-12753-NVA |
| Debtor. | CHAPTER 13 |

### MEMORANDUM ORDER GRANTING, IN PART, MOTION FOR SANCTIONS FOR VIOLATION OF THE AUTOMATIC STAY AND DIRECTING DEBTOR TO SUBMIT EVIDENCE OF DAMAGES

Pending before the Court is the *Motion for Sanctions for Violation of the Automatic Stay* (the "Motion for Sanctions"), filed by the debtor, Heather Dempsey. In the Motion for Sanctions, Ms. Dempsey alleges that HK Equity Group, LLC and its managing member, Wesley James Knightstep, violated the automatic stay imposed by 11 U.S.C. § 362 by initiating litigation in state court and recording a *lis pendens* against certain real property post-petition and with the knowledge that Ms. Dempsey had a pending bankruptcy case. The Motion for Sanctions was served on HK Equity Group, LLC and Mr. Knightstep on May 30, 2025. [ECF No. 23]. No response, timely or otherwise, has been filed.

The filing of a bankruptcy petition creates an estate which includes "all legal or equitable interests of the debtor in property as of the commencement of the case." 11 U.S.C. § 541(a)(1). The filing of a petition also "operates as a stay, applicable to all entities, of—(3) any act to obtain

possession of property of the estate or of property from the estate or to exercise control over property of the estate[.]" 11 U.S.C. § 362(a)(3).

The uncontroverted allegations in the Motion for Sanctions support a finding that HK Equity Group, LLC and Mr. Knightstep have violated the automatic stay. Despite being informed that Ms. Dempsey had filed for bankruptcy protection, HK Equity Group, LLC and Mr. Knightstep filed suit against Ms. Dempsey in state court post-petition and recorded a *lis pendens* against Ms. Dempsey's real property—which, upon her bankruptcy filing, became property of the estate. This post-petition conduct against property of the estate clearly violates the automatic stay.

Accordingly, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that HK Equity Group, LLC and Wesley James Knightstep are found to have violated the automatic stay; and it is further,

ORDERED, that Ms. Dempsey may submit admissible evidence of damages[1] incurred as a result of the aforementioned violation of the automatic stay within fourteen (14) days of entry of this Order; and is further,

ORDERED, that HK Equity Group, LLC and Wesley James Knightstep may respond to any submission of evidence by Ms. Dempsey within fourteen (14) days of such submission; and it is further,

ORDERED, that upon review of any evidence submitted by Ms. Dempsey and any response thereto by HK Equity Group, LLC and Wesley James Knightstep, the Court may issue an award of damages (both actual and punitive, if appropriate) and/or hold a hearing on this matter.

cc: Debtor
Counsel for Debtor – Kim Parker

---

[1] "[A]n individual injured by any willful violation of a stay provided by this section shall recover actual damages, including costs and attorneys' fees, and, in appropriate circumstances, may recover punitive damages." 11 U.S.C. § 362(k)(1).

Chapter 13 Trustee – Rebecca A. Herr

HK EQUITY GROUP, LLC
c/o The Monopoly Group, LLC, resident agent
456 Oakton Road
Odenton, Maryland 21113

HK EQUITY GROUP, LLC
c/o Wesley Knightstep, CEO
456 Oakton Road
Odenton, Maryland 21113

WESLEY JAMES KNIGHTSTEP
1501 Twinleaf Ln
Odenton, MD 21113

**END OF MEMORANDUM ORDER**